USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THOMAS BODKIN,                                  :       05 Civ. 10648 (SHS)

                Plaintiff,               :

       -against-                              :       ORDER

INSIGHT TECHNOLOGY INCORPORATED,   :
ET AL.,
                                                :
               Defendants.
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

1. The following motions are dismissed: [61, 66, 84, 89, 92, 94, 116, and 118];

2. Any renewed or new motions shall be served and filed on or before August 18, 2009;

3. The opposition papers to any motions shall be filed on or before August 25, 2009; and

4. The reply papers are due on or before September 1, 2009.

Dated: New York, New York
       August 5, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.